

IN THE

TENTH COURT OF APPEALS

_____

No. 10-11-00086-CV

IN RE REIDIE JACKSON

_____

Original Proceeding

MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed March 30, 2011
[OT06]